USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW JAMES KERNISKY,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

26-CV-6989 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting to extend the briefing schedule. ECF No. 8. The request is **GRANTED**.

Plaintiff shall file the opening brief by **January 19, 2027**. Defendant shall file the opposition by **March 22, 2027**. Plaintiff shall file the reply by **April 5, 2027**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 8 as **GRANTED**.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge